IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

NATIONAL TRUST INSURANCE
COMPANY and FCCI INSURANCE
COMPANY                                                                                        PLAINTIFFS

v.                              Case No. 4:23-cv-00154 KGB

ACE SIGNS OF ARKANSAS, LLC, and
TRUMANN SCHOOL DISTRICT                                                              DEFENDANTS

## ORDER

Before the Court is defendants Ace Signs of Arkansas, LLC and Ace Sports, LLC's unopposed motion for extension of time (Dkt. No. 16). Defendants state that plaintiffs National Trust Insurance Company and FCCI Insurance Company filed their motion for summary judgment on August 19, 2023, and defendants' deadline to respond is September 5, 2023 (*Id.*, ¶¶ 1-2). Defendants request additional time, until September 13, 2023, to respond to the motion for summary judgment (*Id.*, ¶¶ 3-4). For good cause shown, the Court grants defendants' unopposed motion for extension of time (Dkt. No. 16). The time for defendants to respond to plaintiffs' motion for summary judgment is extended to, and including, September 13, 2023.

It is so ordered this 1st day of September, 2023.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge