IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

NATIONAL TRUST INSURANCE
COMPANY and FCCI INSURANCE
COMPANY                                                                                                  PLAINTIFFS

v.                                    Case No. 4:23-cv-00154 KGB

ACE SIGNS OF ARKANSAS, LLC, and
TRUMANN SCHOOL DISTRICT                                                                    DEFENDANTS

### ORDER

Before the Court is the joint status report of the parties (Dkt. No. 30). The joint status report states that the state court action has not yet been set for trial (*Id.*, ¶ 3). The parties request that this Court continue to stay this matter pending the resolution of the underlying state court case or until they move to lift the stay (*Id.*). As set forth in the Court's prior Order, the Court will continue the stay until the underlying state court case is resolved or the parties move to lift the stay (Dkt. No. 29). The parties shall provide the Court with notice when the state court action is resolved and shall file a status report on or before November 15, 2024, to report on the progress of the state court action.

It is so ordered this 16th day of September, 2024.

_____
Kristine G. Baker
Chief United States District Judge