IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**NATIONAL TRUST INSURANCE**
**COMPANY and FCCI INSURANCE**
**COMPANY**                                                                                    **PLAINTIFFS**

v.                             Case No. 4:23-cv-00154 KGB

**ACE SIGNS OF ARKANSAS, LLC, and**
**TRUMANN SCHOOL DISTRICT**                                                **DEFENDANTS**

## ORDER

Before the Court is the notice of dismissal with prejudice of plaintiffs National Trust Insurance Company and FCCI Insurance Company (Dkt. No. 40). The notice accords with the terms of Federal Rule of Civil Procedure 41(a)(2). For good cause shown, the Court adopts the notice of dismissal. The action is dismissed with prejudice, with each party to bear its own costs.

It is so ordered this 2nd day of February, 2026.

*/s/ Kristine G. Baker*
Kristine G. Baker
Chief United States District Judge